UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY K. BERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>META PLATFORMS, et al.,<br><br>    Defendants. | Case No.  25-cv-02870-LJC<br><br>**ORDER TO SHOW CAUSE WHY APPLICATION TO PROCEED IN FORMA PAUPERIS SHOULD NOT BE DENIED**<br><br>Re: Dkt. No. 2 |

Plaintiff Quincy Berry, pro se, filed a "short form" application to proceed in forma pauperis erroneously captioned for the Eastern District of California. ECF No. 2. Every answer that Berry provided consists of "N/A," "No," or "0." *Id.*

The form Berry provided does not include sufficient information to determine whether Berry's responses—that he has no assets or income of any kind—are credible. Berry is therefore ORDERED TO SHOW CAUSE why his application should not be denied. Berry must provide additional information no later than May 14, 2025 by: (1) completing this District's standard application form (a copy of which is attached to this Order); and (2) attaching an additional declaration explaining how he meets basic needs.[1]

**IT IS SO ORDERED.**

Dated: April 23, 2025

LISA J. CISNEROS
United States Magistrate Judge

---

[1] As one example, if Berry truly has "$0" in cash and bank accounts, as he has reported, it is not clear how he paid the $4.70 postage reflected on the envelope in which he submitted his Complaint and related documents. *See* ECF No. 1-2.