IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY K. BERRY,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, et al.,<br><br>Defendants. | Case No. 25-cv-02870-CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING CASE** |

On June 11, 2025, Magistrate Judge Lisa Cisneros issued an order to show cause why Plaintniff Quincy Berry's complaint should not be dismissed for lack of subject matter jurisdiction and failure to state a claim on which relief can be granted. OSC (dkt. 8). That order set a response date of July 3, 2025—a response date that Judge Cisneros reiterated to Berry at a case management conference on June 26, 2025. Id.; see also CMC Minutes (dkt. 9). Berry did not file a timely response, so Judge Cisneros recommended that the case be dismissed without leave to amend for failure to prosecute and for lack of subject matter jurisdiction. R&R (dkt. 10).

The time for Berry to file an objection to the report and recommendation has elapsed, and he has not filed any such objection. See 28 U.S.C. § 636(b); Fed. R. Civ. P. 6(d). Accordingly, the Court **ADOPTS** Judge Cisneros's report and recommendation and **DISMISSES** this case without leave to amend, but without prejudice to any action brought in a court of competent jurisdiction.

**IT IS SO ORDERED.**

Dated: August 19, 2025



CHARLES R. BREYER
United States District Judge